# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GLEN GARY GRAY, III,

    *Plaintiff*,

v.

FEDERAL BUREAU OF PRISONS,

    *Defendant*.

Civil Action No. 17-1750 (RDM)

## MEMORANDUM OPINION

Federal inmate Glen Gray, proceeding *pro se*, brought this action against the Federal Bureau of Prisons. In an earlier Order, the Court concluded that Gray's complaint "d[id] not allege any facts that would allow the Court to discern the substance of Gray's claims or to determine whether, if true, his allegations would entitle him to relief," and thus failed to comply with Rule 8(a) of the Federal Rules of Civil Procedure. Dkt. 5 at 2 (citing *Brown v. Wash. Metro. Area Transit Auth.*, 164 F. Supp. 3d 33, 35 (D.D.C. 2016)). The Court *sua sponte* dismissed Gray's complaint without prejudice and granted him leave to file an amended complaint that complied with the dictates of Rule 8 and 12(b)(6). *Id.* Gray's amended complaint was due on or before November 15, 2017. *Id.* More than two weeks have elapsed since that deadline, and the Court has received neither a response to its previous Order nor an amended pleading. It appears that Gray no longer intends to prosecute his case. Accordingly,

the Court will dismiss this action and direct the Clerk of Court to terminate this case.

A separate order will issue.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: November 30, 2017